# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1693

_____

United States of America,         *
                                      *

        Plaintiff - Appellee,    *

                                        *    Appeal from the United States

     v.                        *    District Court for the

                                        *    Western District of Arkansas.

Glenn Embry,                 *

                                        *    [UNPUBLISHED]

        Defendant - Appellant.   *

_____

Submitted: April 17, 2008
Filed: May 7, 2008

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Glenn Embry appeals the district court's[1] denial of his motion for a reduction of his 120 month sentence for possession of crack cocaine with intent to distribute pursuant to 18 U.S.C. § 3582(c)(2). Embry's motion for a sentence reduction was based on Amendment 706 to the United States Sentencing Guidelines (U.S.S.G.) for crack cocaine which has been made retroactive under U.S.S.G. § 1B1.10, but because Embry was sentenced as a career offender under U.S.S.G. § 4B1.1 he is not eligible for a reduction under U.S.S.G. § 1B1.10 and 18 U.S.C. § 3582(c). See United States

_____

[1] The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

v. Tingle, No. 08-1777 (8th Cir. May 1, 2008) (per curiam). Accordingly, we summarily affirm the order of the district court. See 8th Cir. R. 47(A)(a).

_____